**JS–6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GARRETT<br><br>        Plaintiff(s),<br><br>    v.<br><br>CITY OF LOS ANGELES, et al.<br><br><br>        Defendant(s). | CASE NO:<br>2:12–cv–01670–FMO–SS<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 60 **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

    **IT IS SO ORDERED.**

DATED: May 20, 2014             /s/ *Fernando M. Olguin*
                                                       Fernando M. Olguin
                                                       United States District Judge